## James F. Bishop, Administrator, Appellee, v. Chicago Telephone Company, Appellant.

### Gen. No. 23,641.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in this court at the October term, 1917. Reversed with findings of fact. Opinion filed April 29, 1918.

### Statement of the Case.

Action by James F. Bishop, administrator of the estate of Abraham Foster, deceased, plaintiff, against Chicago Telephone Company, defendant, to recover for the death of plaintiff's intestate alleged to have been caused, while in defendant's employment, through falling from a telephone pole by reason of the weak and insecure condition of a spike in the pole, which condition was caused by defendant's negligence. From a judgment for plaintiff for $3,500, defendant appeals.

HOLT, CUTTING & SIDLEY, for appellant.

EDGAR J. COOK, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. DAMAGES, § 188*—*when evidence insufficient to show causal connection between cancer and injuries sustained by fall.* In an action to recover for the death of plaintiff's intestate, a telephone installer in defendant's employ, in which it was alleged that the death was caused by cancer of the breast and that the cancer was the result of a fall caused by the weak and insecure condition of a spike in a pole on which deceased was working, evidence *held*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

insufficient to establish a causal connection between the cancer and the injuries sustained by reason of the fall.

2. APPEAL AND ERROR, § 1772*—*when judgment reversed.* Even though the questions involved on an appeal are mainly of·fact,· yet when the Appellate Court, on a due examination of the evidence, concludes that the verdict and judgment are against the weight of the evidence and that the evidence is insufficient to support the verdict, the judgment will be reversed.

3. MASTER AND SERVANT, § 685*—*when spike in telephone pole not shown to be defective.* In an action to recover for the death of an employee, alleged to have resulted from injuries received by a fall caused by the defective condition of a spike in defendant's telephone pole on which he was working, evidence *held* insufficient to show that the spike was defective.